UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tracey Baum, | : |
| | : |
| | : Civil Action No.: 2:18-cv-00777-MJH-LPL |
| Plaintiff, | : |
| v. | : |
| | : |
| ADT LLC d/b/a ADT Security Systems; and Defenders, Inc., | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

  /s/ Jody B. Burton                         /s/ Julian E. Neiser
Jody B. Burton, Esq.                       Julian E. Neiser
Bar No.: 71681                             Pa. No. 87306
LEMBERG LAW, LLC                           SPILMAN THOMAS & BATTLE, PLLC
43 Danbury Road, 3rd Floor                 301 Grant Street Suite 3440
Wilton, CT 06897                           Pittsburgh, PA 15219
(203) 653-2250                             Telephone: (412) 325-3301
*Attorney for Plaintiff*                   Facsimile: (412) 325-3324
                                           jneiser@spilmanlaw.com

                                           Daniel S. Blynn (*pro hac vice*)
                                           Mary M. Gardner (*pro hac vice*)
                                           VENABLE LLP
                                           600 Massachusetts Avenue, NW
                                           Washington, DC 20001
                                           Telephone: (202) 344-4000
                                           Facsimile: (202) 344-8300
                                           dsblynn@venable.com
                                           mmgardner@venable.com

                                           *Attorneys for Defendants ADT LLC and Defenders, Inc.*

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Jody B. Burton_____
                                                  Jody B. Burton