UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tracey Baum,<br><br>                    Plaintiff,<br>v.<br><br>ADT LLC d/b/a ADT Security Systems; and Defenders, Inc.,<br><br>                    Defendant. | Civil Action No.: 2:18-cv-00777-MJH-LPL |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| | |
|---|---|
| ___/s/ Jody B. Burton_____<br>Jody B. Burton, Esq.<br>Bar No.: 71681<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>(203) 653-2250<br>*Attorney for Plaintiff* | _/s/ Julian E. Neiser_____<br>Julian E. Neiser<br>Pa. No. 87306<br>SPILMAN THOMAS & BATTLE, PLLC<br>301 Grant Street Suite 3440<br>Pittsburgh, PA 15219<br>Telephone: (412) 325-3301<br>Facsimile: (412) 325-3324<br>jneiser@spilmanlaw.com<br><br>Daniel S. Blynn (*pro hac vice*)<br>Mary M. Gardner (*pro hac vice*)<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 344-4000<br>Facsimile: (202) 344-8300<br>dsblynn@venable.com<br>mmgardner@venable.com<br><br>*Attorneys for Defendants ADT LLC and Defenders, Inc.* |

*[signature]* 5/1/19
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Jody B. Burton_____
      Jody B. Burton